**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000448**
**28-DEC-2018**
**10:09 AM**

NO. CAAP-18-0000448

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SURVIVORS OF PASTOR A. ALSOLA, JR.,
Claimant-Appellee

v.

AOAO HONOLULU PARK PLACE,
Employer-Appellant,

and

DTRIC INSURANCE COMPANY, LTD.,
Insurance Carrier-Appellant.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-164)
(DCD NO. 2-14-06873)

ORDER GRANTING DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed on December 5, 2018, by Employer-Appellant AOAO Honolulu Park Place and Insurance Carrier-Appellant DTRIC Insurance Company, Ltd., the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawaiʻi, December 28, 2018.

Chief Judge

Associate Judge

Associate Judge

2